## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**In the matter of:**

|  |  |  |
|---|---|---|
| **United States of America** | : | **Case No.:** 2:25-mj-377 |
| v. | : |  |
| **James Bradley Strahler II** | : |  |
| **2201 Riverside Drive, Apartment 221** | : | **Magistrate Judge:** Vascura |
| **Columbus, Ohio 43221** | : |  |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Josh Saltar (Your Affiant), a Special Agent (SA) with the Federal Bureau of Investigation (FBI), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION

1. I, Special Agent Josh Saltar (your affiant), make this affidavit in support of a criminal complaint to arrest for violations of 18 U.S.C. § 1466A(1)(a) (Production or Distribution of Obscene Visual Representation of Child Sexual Abuse Material), 18 U.S.C. § 1462 (Transportation of Obscene Material), 18 U.S.C. § 2252A(a)(7)( Production of a Morphed Image of Child Pornography), 18 U.S.C. § 2261A(2) (Cyberstalking), 18 U.S.C. § 875(d (Sextortion), and 47 U.S.C. §223(a)(1)(C)(Anonymous Telecommunications Harassment). Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant set forth only the facts that are believed to be necessary to establish probable cause that James Bradley Strahler II (**STRAHLER**) committed the violations listed above.

2. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and have been since October 2014. I am currently assigned to the Child Exploitation and Human Trafficking Task Force, Cincinnati Division, Columbus Resident Agency. I am primarily responsible for investigating internet crimes against children, including child pornography offenses and the online exploitation of children. During my career as a SA, I have participated in various investigations involving computer-related offenses and have executed numerous search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. I have worked with multiple international law enforcement agencies around the world, focusing on cyber-terrorism and terrorist financing through computer intrusions. I have also assisted on various cases and violations, ranging from violent crimes against children and white collar to healthcare fraud, counterintelligence, and counterterrorism.

3. As part of my duties as a Special Agent, I investigate criminal violations relating to child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Prior to joining the FBI, I spent four years working as a civilian Intelligence Specialist for the U.S. Air Force at the National Air and Space Intelligence Center located at the Wright-Patterson Air Force Base, under both the cyber and counterspace squadrons, performing classified intel and reverse engineering duties. During my employment, I have received numerous forensic trainings with the both the Department of Defense and Department of Justice, as well as from private sector security conferences. I have received multiple certifications in Windows, mobile, and memory forensics, as well as incident response and penetration testing, and am certified by the Department of Justice as a Digital Extraction Technician. I received my B.A. from Anderson University in computer science, with a focus on programming, artificial intelligence, and machine learning.

4. As a SA with the FBI, I am authorized to investigate violations of the laws of the United States and to execute warrants issued under the authority of the United States.

## FACTS SUPPORTING PROBABLE CAUSE

5. On or about June 18, 2025, your affiant received the following information from the Hilliard Police Department (HPD):

6. On January 5, 2025, Adult Victim 1[1] (herein after AV1), contacted HPD to report various threatening and harassing telecommunications she had received. AV1 stated to HPD that she was receiving text messages, voicemails, and obscene photographs from multiple unknown numbers. AV1 stated to HPD that her mother, Adult Victim 2 (herein after AV2) also received the same types of messages and photos. The messages and harassment began on or about December 24, 2024, and continued until AV1 contacted HPD on January 5, 2025.

7. AVI also indicated that some of the photos sent to her and AV2 depicted her own body. AVI stated that the images of her nude were both images she was familiar with and ones that she never knew had been taken that depicted her using the toilet and changing her clothes. In addition, AV1 indicated the content she was sent utilized her face morphed onto nude bodies in what appeared to be AI generated pornography which depicted her engaged in sex acts with various males, including her own father, Adult Victim 3 (herein after AV3).

8. ███████████████████████████████████████████████

---

[1] All adult and minor victims as well as adult witnesses are known to your affiant but have been redacted here to protect their identities and the integrity of the ongoing investigation into **STRAHLER**.

9. Ultimately, HPD interviewed **STRAHLER**, who admitted he had been responsible for sending the voicemails, text messages, and pornographic images using spoof phone numbers. In one voicemail, **STRAHLER** threatened to rape AV1 while he was masturbating. **STRAHLER** admitted he knew his actions were scaring AV1, ██████████ ███████████████████████ He was charged in Franklin County Municipal Court in cases 2025CRB006470 and 2025CRB000227 as a result of the aforementioned conduct.

10. On or about January 7, 2025, **STRAHLER** was served with an order of protection listing AV1 as the victim and released from jail.

11. On or about April 3, 2025, AV1 again contacted HPD because she learned that her co-worker, Adult Witness 1 (herein after AW1) had received seven images of AV1 from an unknown individual. Some of the images were real images of AV1's nude body and some were of AV1's face imposed on pornographic images and engaged in sex acts. Law enforcement noted one of the images received by AW1 was the same image **STAHLER** admitted to previously sending to AV1.

12. HPD also learned a second co-worker of AV1, Adult Witness 2 (herein after AW2) had received similar photos of AV1. AW2 indicated that the content he received from an unknown individual depicted AV1 in sexual content and that the content was received between late January 2025 and early February 2025. AW2 informed law enforcement that he deleted the images when he received them and did not make a report because he did not want to embarrass AV1.

13. AV1 informed HPD that **STRAHLER** would tell AV1 things like **STRAHLER** was sorry AV1 was going through all of this. He was also offering to leave his phone on if AV1 needed anything to get ahold of him. One text from **STRAHLER** stated "I wish they would stop with you and move on. If there was a way to have them stop with you and move it to me, I would do it in a heartbeat. My heart hurts seeing this happen to you. I only brought up interacting with them only because it could be a means to an end. I'd sacrifice my life to make sure you're okay. I'm going to continue to think of options." Your affiant would note these messages were received by AV1 prior to law enforcements interview of **STRAHLR** where he admitted he was the individual sending the harassing messages.

14. On or around April 21, 2025, HPD obtained a search warrant and seized **STRAHLER**'s phone. When HPD seized the phone from **STRAHLER**, he was told once again to stop contacting AV1, her family, and her co-workers.

15. That same day, AV1 reported to HPD that she once again began to receive harassing messages. AV1 reported she received eight calls from unknown numbers between April 21, 2025, and April 22, 2025. The first five calls were from the same number noted as (614) 742-7198. AV1 then received three calls from what numbers that were similar to the phone number of her bosses - Adult Witness 3 (AW3) and Adult Witness 4 (AW4). AV1

explained to HPD that when AV1 answered these calls no one said anything. When AV1 asked her bosses about the calls, they stated they were not the ones who called AV1. AV1 told HPD she believed it was **STRAHLER**. Her mother, AV2, also received two calls during this time frame.

16. Law enforcement spoke with AW3 who stated he also received a spoof call that looked like AV1 was calling him. AW3 also received nine text messages with both real and AI generated images of AV1 engaged in sex acts. In addition to the images, an AI generated video was sent depicting AV1 engaged in sexual intercourse with her father, AV3. The video was later identified on **STRAHLER**'s phone during the forensic review.

17. AW4 was also interviewed and informed law enforcement he is the CFO of the business AV1 works for. AW4 stated he also received one spoof call making it look like AV1 called him on April 21, 2025.

18. A forensic extraction of **STRAHLER'**s phone seized April 21, 2025 revealed evidence in the way of calls, messages, and media that had been used to harass AV1, her family, and her co-workers. Additional evidence revealed **STRAHLER** had begun to harass two known ex-girlfriends and their mothers. **STRAHLER** found contact information and pictures from social media of their mothers and created sexual AI media of their daughters and themselves and sent it to them. He requested nude images in exchange for the images to stop and told them he would continue to send the images to friends and family.

19. One of the ex-girlfriends, AV4, was depicted in AI generated sexual images that were sent to her mother, AV5. On or about April 6, 2025, approximately 16 sexual photos were sent to AV5, some of which depicted her daughter's face on the images. The following messages were then sent to AV5:
    - Can you guess whose cunt this is?
      [Three images were distributed to AV5]
    - Per reliable source, this is exactly what [AV4] looks like. About to send out to everyone if you don't send me you in the next 15 min.
      [Five images were distributed to AV5]
    - Hard nippies! She must be turned on
      [Three images were distributed to AV5]
      [Three sexual AI generated images were distributed which depicted AV5 engaged in various sex acts]
    - I'm cumming to this right now.
    - It feels so good as I'm right on the edge of cumming while I stare at what you may look like naked and having sex.
    - Did ur daughter [AV4] get her big natural tits from your side of the family? Do you actually have big family tits or are they just deflated? Send a picture of them to me.
    - I think I'm getting somewhere. Is this close to what you look like?
      [One sexual AI image was distributed which depicted AV5 engaged in a sex act]

20. On or about April 17, 2025, law enforcement learned that **STRAHLER** posed as AV1 online and posted pornographic content of AV1 ██████████████████████

**STRAHLER** told an individual he (acting as AV1) used to "do porn" and shared the sexual AI images and videos of AV1 with this individual.

21. The investigation further revealed **STRAHLER** used the Motherless.com[2] website where uploaded content from his phone to the website in April 2025. **STRAHLER** had multiple names and accounts associated to Motherless to post things anonymously. The Motherless content ████████████████████ depicted approximately 23 images in which AV1 and her mom, AV2, and their faces were used in the images which depicted AV1 and AV2 engaged in sex acts and sexual conduct with minors. Law enforcement reviewed the content and noted that the images also appeared to depict AV1 and AV2 engaged in sexual conduct and acts with MV1. The images posted on the Motherless website were also found on **STRAHLER**'s phone. ████████████████████████████████████████████

22. **STRAHLER**'s phone also revealed searches for "girls killed then fucked," "raped and beheaded porn", "fucking real dead corps [sic] pics", various rape category pornographic sites, and a saved video titled, "I saw her jogging in her bra I slit her throat and came in her ass." There was also an image saved of a naked female laying on the ground with a noose around her neck and AV1's face placed onto it. The phone also had numerous victims names and identifiers listed in the search terms as well as information about their high schools, bank accounts, and various searches of their names with the words "raped," "naked," and "porn" listed afterwards.

23. Continued review of the device by law enforcement revealed the following search terms related to sexual content of minors:
    - 3d little girl anal
    - small teen porn tube
    - adolescent anal
    - high school anal
    - family nude camp teen
    - teen scat porn
    - a mature teen fucks grandma
    - kid porn comics
    - small gay ginger boy with glasses cumming anal pics
    - fucking the ginger boy
    - 3d mom and baby boy porn tube
    - 3d fake illegal porn
    - girl rape sex videos
    - 3d family incest mom little son
    - Old man fucks teen
    - Mom fucks her boy

---

[2] Motherless.com, visited on 6/21/2025, is self-described as "a moral free file host where anything legal is hosted forever! All content posted to this site is 100% user contributed. All illegal uploads will be reported." Regarding their content, they go on to say "If you want to blame someone for the content on this site, blame the freaks of the world - not us."

- Lolita barely legal anal

24. Continued review of the device by law enforcement revealed the following search terms related to the creation of the images with the victims' faces as well as the harassment of the victims:
    - long range spy camera wireless
    - ai that makes porn
    - undress anyone
    - ai porn makers using own pictures
    - make phone call as a number in contacts
    - pay someone to spy
    - best undress app
    - anonymously post naked pictures
    - pay for ai porn
    - 3d family incest young mom young son pics
    - unethical spy for hire near Columbus, OH
    - Spy on my wife
    - pay to have someone rap [sic] your wife
    - hire someone to place camera in house to spy on wife in shower
    - Post naked pictires [sic] anonymously
    - Post anonymous nudes
    - Send email anonymously free
    - Anonymous text

25. Continued review of **STRAHLER**'s device by HPD also revealed a photo of two minors, later discovered to be Minor Victim 2 (herein after MV2), DOB 12/2010, and Minor Victim 3 (herein after MV3), DOB 9/2017, who were the two male children of Adult Victim 6 (herein after AV6). ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. There were several images identified on **STRAHLER'**s device that depicted the faces of MV2 and MV3 on nude female bodies, and a photo of AV6 and MV3 on nude female bodies.

26. On or about June 10, 2025, HPD received two voicemails from additional females, Adult Victim 7 (herein after AV7) and Adult Victim 8 (herein after AV8). Both females stated they previously met **STRAHLER** when he dated their friend, Adult Victim 9 (herein after AV9). AV7 and AV8 informed HPD that they have both been receiving voicemails, text messages, and pornographic images with their faces on them. In the voicemails, AV7 and AV8 stated the unknown caller was breathing heavy and appeared to be masturbating. Of note is that AV7 and AV8 were both contacted by telephone number 614-368-1869.

27. AV8 stated on or about June 5, 2025, she received four videos with her face added to the body of nude adults. The following text messages were then sent:
    - Is this really you?
    - Send pic of ur boobs or friends, family and co-workers will get this.
    - You have hour.
    - Tik tok ...

[One sexual AI image was sent depicting AV8 who was nude and masturbating]
- Plenty to go out. Stop it all by sending ur boobs.
  [One sexual AI image was sent depicting AV8 engaged in a sexual act]
- 5 min.

28. On or about June 18, 2025, HPD provided the information from their investigation mentioned above to your affiant, who opened a federal investigation. Your affiant reviewed **STRAHLER**'s phone extraction and compared it to the information mentioned in HPD's report regarding what they identified in **STRAHLER**'s device and found it to be accurate.

29. Additionally, your affiant identified the following text conversation sent from the application Burner[3], which was installed on **STRAHLER**'s device, to Adult Victim 10 (herein after AV10), who is the mother of Adult Victim 9 (herein after AV9), beginning on March 29, 2025:
    - Looking at your daughter's beautiful naked body and her riding a cock with her asshole, it all has me ready to cum for you. I'm about to cum on your back slider door window right now. I won't clean it up in case you want to taste it, but wanted u to know it's just my cum on your window
    - [An outgoing call was placed]
    - [Twenty-three images were distributed]
    - [Two sexual AI images were distributed depicting AV9 and AV10 engaged in sex acts]
    - Here is what your daughter looks like with cum dripping out of her pussy, sucking a dick and cum in her mouth- which I'm sure she swallows. Do you spit or swallow? Like mother like daughter I bet, so swallow for sure. In the very first picture with cock inside of her, those are her real tits in real life. I know, technology right?! Everyone is going to love seeing them tho. Looking forward to getting my pics I ask for so I can stop and you never hear from me again! Before 9am or these plus more go out.
    - What's the measurements of your tits? Do they look just like [AV9]? Tell me and I'll stop everything.
    - Here is a great scene. S88n 2 b reality if I keep getting ignored. Send picture of your boobs and I go away forever. Or I can take the other more forced route

30. Your affiant also learned that AV4 filed a report with the Delaware County Sheriff's Office (DCSO) on or about April 18, 2025, related to the aforementioned contact **STRAHLER** had with her as noted above. On or about June 12, 2025, DCSO arrested **STRAHLER** at his place of employment. **STRAHLER** had another cell phone on his person when he was arrested. DCSO seized the device and obtained a search warrant for the phone. Your affiant was provided a copy of the phone report and the DCSO case file.

---

[3] According to the developer's website (https://apps.apple.com/us/app/burner-second-phone-number/id505800761 visited on June 21, 2025), the Burner application is described as "the only app that provides you with total control over your communications and boundaries by providing multiple phone numbers with settings for life, play, and more." It went on to describe how the application works by stating "Sign up for Burner and select an area code to create your private number. Enjoy sending and receiving unlimited SMS messages and calls (all you need is a Wi-Fi connection or mobile data). Burn your number whenever you want and get a new anonymous line."

31. In the review of the second phone obtained by DCSO, your affiant identified the application Burner, which was installed on the device. The phone number associated with Burner was 614-368-1869, which was the same number that was used to call and text with AV7 and AV8. The date and times of the calls and texts in Burner matched up with AV7 and AV8's statements previously made to law enforcement.

32. In continued review of the phone, your affiant noted that the names of numerous identified victims had been searched as well as information about their high schools and classmates. In addition, your affiant identified the following notable search terms:
    - Delete apple account
    - How to delete apple account
    - Motherless
    - Meanacing by stalking charge
    - Old man fucking daughter
    - Rape tube
    - Anal rape porn
    - Housewife raped porn
    - Rapelust
    - Train rape porn
    - Rape incest porn tube
    - Undeess ai
    - Clothes off io
    - Undress ai
    - Old dick cums on teen
    - Spoofcall
    - Spoof

33. Based upon the foregoing, your affiant submits that there is probable cause to believe that James STRAHLER has committed the violations of 18 U.S.C. § 1466A(1)(a) (Production or Distribution of Obscene Visual Representation of Child Sexual Abuse Material), 18 U.S.C. § 1462 (Transportation of Obscene Material), 18 U.S.C. § 2252A(a)(7)( Production of a Morphed Image of Child Pornography), 18 U.S.C. § 2261A(2) (Cyberstalking), 18 U.S.C. § 875(d (Sextortion), and 47 U.S.C. §223(a)(1)(C)(Anonymous Telecommunications Harassment). Therefore, your affiant respectfully requests this court issue a criminal complaint and arrest warrant.

Respectfully submitted,

*Josh Saltar*

Josh Saltar
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on June 23rd, 2025

Honorable Chelsey M. Vascura
United States Magistrate Judge
United States District Court
Southern District of Ohio