**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

United States of America,

        Plaintiff,

v.

James Bradley Strahler II,

        Defendant.

Case No. 2:26-cr-00038

ORDER OF RECUSAL

The undersigned hereby recuses himself from this case and instructs that it be redrawn.

s/ James L. Graham
JAMES L. GRAHAM
United States District Judge

DATE: March 5, 2026