United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                   Case No. 2:26-cr-38

James Bradley Strahler, II,

Defendant

COURTROOM MINUTES
Arraignment on Information

| U.S. Chief District Judge Sarah D. Morrison | | Date:  4/7/2026 at 10:30 | |
|---|---|---|---|
| Deputy Clerk | Maria Rossi | Counsel for Govt: | Emily Czerniejewski |
| Court Reporter | Allison Kimmel | Counsel for Deft(s): | Todd Long |
| Interpreter | | Pretrial/Probation: | |
| Log In | | Log Out | |

Defendant filed a Waiver of Indictment with the Court.

Defendant pleaded Guilty to Counts 1, 2, 3, and 4 of the Information.

The Court accepted Defendant's Waiver of Indictment and plea of Guilty.

The Court ordered a Presentence Investigation Report.

Defendant was remanded to the custody of the USMS.