# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| United States of America<br>v.<br><u>James B. Strahler, II</u><br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No. 2:26-cr-38

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4/7/26

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Todd A. Long
*Printed name of defendant's attorney*

_____
*Judge's signature*

_____
*Judge's printed name and title*